**FRANCES L. COCHRAN, by her Next Friend, ALBERT GALLATIN LEWIS v. ELIZABETH McBETH and SAMUEL METEER.**

Court of Chancery.   New Castle.   April 18, 1822.

*Ridgely's Notebook III, 603.*